Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

December 13, 20 23

Ravi Subramanian, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HARLAN PHILIP JAMES,<br><br>Defendant. | NO. **CR23-190** RSM<br><br>**INDICTMENT** |

The Grand Jury charges that:

## COUNT 1

### (Assault with a Dangerous Weapon)

On or about August 7, 2023, in Whatcom County, on the Lummi Indian Reservation, Indian Country as defined by Title 18, United States Code, Section 1151, and within the Western District of Washington, HARLAN PHILIP JAMES, an Indian, did knowingly assault Adult Victim 1 with a dangerous weapon, that is, a firearm, with intent to do bodily harm.

All in violation of Title 18, United States Code, Sections 113(a)(3) and 1153.

//

Indictment - 1
*United States v. Harlan Philip James*
USAO No. 2023R00957

## COUNT 2

### (Assault Resulting in Serious Bodily Injury)

On or about August 7, 2023, in Whatcom County, on the Lummi Indian Reservation, Indian Country as defined by Title 18, United States Code, Section 1151, and within the Western District of Washington, HARLAN PHILIP JAMES, an Indian, did knowingly assault Adult Victim 1, resulting in serious bodily injury.

All in violation of Title 18, United States Code, Sections 113(a)(6) and 1153.

## COUNT 3

### (Unlawful Possession of a Firearm)

On or about August 7, 2023, in Whatcom County, within the Western District of Washington, HARLAN PHILIP JAMES, knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, that is:

- *Assault Resulting in Serious Bodily Injury,* in United States District Court for the Western District of Washington, Case No. CR05-00410-RSL, dated on or about November 16, 2006; and

- *Attempted Burglary in the First Degree*, in Whatcom County Superior Court, Cause No. 01-1-001198-4, dated on or about May 3, 2001;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm: a Smith and Wesson, Military and Police (M&P) .40 caliber semiautomatic pistol, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 4

### (Using a Firearm During a Crime of Violence)

On or about August 7, 2023, in Whatcom County, within the Western District of Washington, HARLAN PHILIP JAMES knowingly used and carried a firearm, that is, a Smith and Wesson, Military and Police (M&P) .40 caliber semiautomatic pistol, during

Indictment - 2
*United States v. Harlan Philip James*
USAO No. 2023R00957

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

and in relation to a crime of violence, that is, *Assault with a Dangerous Weapon*, as alleged in Count 1 above, and *Assault Resulting in Serious Bodily Injury*, as alleged in Count 2 above; and knowingly possessed said firearm in furtherance of said crime of violence.

It is further alleged that in the commission of the offense alleged in Count 4, HARLAN PHILIP JAMES brandished and discharged the firearm.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i)-(iii).

## FORFEITURE ALLEGATION

The allegations contained in Counts 3 and 4 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of either of the offenses alleged in Counts 3 and 4, HARLAN PHILIP JAMES shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearm and ammunition that was involved in the offense including, but not limited to, one Smith and Wesson, Military and Police (M&P) .40 caliber semiautomatic pistol, and any associated ammunition.

///

///

///

Indictment - 3
*United States v. Harlan Philip James*
USAO No. 2023R00957

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or,

    e.    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL: *yes*

DATED: *December 13, 2023*

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____

FOREPERSON

_____

TESSA M. GORMAN
Acting United States Attorney

_____

TODD GREENBERG
Assistant United States Attorney

_____

J. TATE LONDON
Assistant United States Attorney

Indictment - 4
*United States v. Harlan Philip James*
USAO No. 2023R00957

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970